# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3249
_____

WILMINGTON TRUST, NATIONAL
ASSOCIATION, as Trustee of
ALRP Securitization Trust,
Series 2015-1,

    Appellant,

    v.

SHLEZ GROUP INC.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

July 27, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Ira Scot Silverstein of Ira Scot Silverstein, PLLC, Fort Lauderdale, and Roy A. Diaz of SHD Legal Group P.A., Fort Lauderdale, for Appellant.

Liana Rothstein Hood of Adams, Rothstein & Siegel, P.A., Jacksonville, for Appellee.